

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-16-00386-CR

| | | |
|---|---|---|
| CHASE KARRENBROCK, Appellant | § | On Appeal from the 158th District Court |
| V. | § | of Denton County (F15-927-158) |
| THE STATE OF TEXAS | § | October 25, 2018 |
| | § | Opinion by Justice Pittman |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
    Justice Mark T. Pittman